07 CV 11123

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VOYAGER SHIPHOLDING CORP.,

          Plaintiff,

- against -

HANJIN SHIPPING CO., LTD.,

          Defendant.
-----------------------------------------------------------X

07 CV _____

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: December 10, 2007
      New York, NY

          The Plaintiff,
          VOYAGER SHIPHOLDING CORP.,

          By: _____
          Patrick F. Lennon
          Nancy R. Peterson
          LENNON, MURPHY & LENNON, LLC
          The Gray Bar Building
          420 Lexington Avenue, Suite 300
          New York, NY 10170
          (212) 490-6050 - phone
          (212) 490-6070 - fax
          pfl@lenmur.com
          nrp@lenmur.com