641-07/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VOYAGER SHIPHOLDING CORP.,

                    Plaintiff,

   -against-

HANJIN SHIPPING CO. LTD.,

                    Defendant.
-----------------------------------------------------------x

07 CV 111233 (GEL)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the Affidavit of Michael E. Unger, sworn to on December 21, 2007, and the accompanying Memorandum of Law in Support, and all pleadings heretofore had in this matter, Defendant HANJIN SHIPPING CO. LTD. will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, at 500 Pearl Street, Courtroom 6B, New York, New York, on the ___ day of January, 2008, at _____ o'clock, or as soon thereafter as counsel can be heard, for an order pursuant to Rule E(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions: (a) directing that Plaintiff VOYAGER SHIPHOLDING CORP. give security to the Defendant for the damages demanded in the counterclaims within 10 days from the issuance of the order; (b) staying further proceeding in Plaintiff's prosecution of its claims in the original action; (c) directing that the Verified Complaint be dismissed and the attachment of Defendant's property made in this action be vacated if the ordered security is not provided within 10 days from the issuance of the order; and

(d) directing such other and further relief as the Court may deem proper.

Dated: New York, New York
       December 21, 2007

                                       FREEHILL, HOGAN & MAHAR, LLP
                                       Attorneys for Defendant
                                       HANJIN SHIPPING CO. LTD.

                            By: _____
                                       Michael E. Unger (MU-0045)
                                       80 Pine Street
                                       New York, NY 10005-1759
                                       Telephone: 212 425-1900
                                       Facsimile: 212 425-1901

TO:    LENNON MURPHY & LENNON, LLC
           Attorneys for Plaintiff
           420 Lexington Avenue, Suite 300
           New York, New York 10170
           Attn:   Patrick F. Lennon, Esq.
                     Nancy R. Peterson, Esq.