UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VOYAGER SHIPHOLDING CORP.,          :
                                    :   07 Civ. 11123 (GEL)
                    Plaintiff,      :
                                    :   ECF CASE
        - against -                 :
                                    :
HANJIN SHIPPING CO., LTD.,          :
                                    :
                    Defendant.      :
------------------------------------------------------------------X

## DECLARATION OF NANCY R. PETERSION
## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION FOR COUNTERSECURITY

I, NANCY R. PETERSON, declare under penalty of perjury of the laws of the United States as follows:

1. I am an attorney in the firm, Lennon, Murphy & Lennon, LLC, attorneys the Plaintiff, Voyager Shipholding Corp. ("Plaintiff" or "Voyager").

2. I submit this Declaration based on facts and information known to me personally, as well as documents and information available to me, all of which I believe to be true and accurate.

3. I make this Declaration in support of Plaintiff's opposition to a motion filed by Hanjin Shipping Co. Ltd. ("Defendant" or "Hanjin") for countersecurity in the above captioned proceeding.

4. During the course of the charter, disputes arose between the parties regarding Hanijn's failure to pay Plaintiff all of the amounts due and owing under the charter party dated May 7, 2004.

5. As a result, Plaintiff sustained damages in the principal amount of $85,750.00, exclusive of interest, litigation costs, and attorneys' fees.

6. On August 24, 2007, in order to obtain jurisdiction over Hanijn and to obtain security for its claims, Plaintiff commenced this action and applied for an Ex Parte Order of Maritime Attachment Garnishment against the Defendant's property within this District.

7. Plaintiff's application was granted and an Ex-Parte Order and accompanying Writ of Attachment were issued in the amount of $242,075.85.

8. Plaintiff served the Ex Parte Order(s) and Process of Maritime Attachment on garnishee banks within this District believed to be holding Defendant's funds, including, *inter alia*, Bank of America.

9. And, pursuant to the Ex-Parte Order and Process of Maritime Attachment, Bank of America restrained approximately $242,075.85 of Defendant's property on or about December 12, 2007.

10. On December 26, 2007, Defendant made the instant application for countersecurity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2008.

_____
Nancy R. Peterson

## AFFIRMATION OF SERVICE

I hereby certify that on January 18, 2008, a copy of the foregoing Declaration of Nancy R. Peterson was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Nancy R. Peterson