UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VOYAGER SHIPHOLDING CORP.,

                Plaintiff,

- against -

HANJIN SHIPPING CO., LTD.,

                Defendant.
-----------------------------------------------------------------X

07 Civ. 11123 (GEL)

ECF CASE

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 60 and Local Rule 6.3 of the Local Civil Rules for the Southern District of New York and upon accompanying Memorandum of Law, Plaintiff Voyager Shipholding Corp. moves for reconsideration of the Court's February 13, 2008 Opinion and Order directing it to post countersecurity for the Defendant's counterclaims.

Dated: February 29, 2008
       New York, NY

                                Respectfully submitted,
                                The Plaintiff,
                                VOYAGER SHIPHOLDING CORP

By: _____
Patrick F. Lennon (2162)
Nancy R. Peterson (2871)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - fax

## AFFIRMATION OF SERVICE

I hereby certify that on February 29, 2008, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Patrick F. Lennon