641-07/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

---

VOYAGERSHIPHOLDING CORP.

          Plaintiff,

- against -

HANJIN SHIPPING CO., LTD.

          Defendant,

---

07 Civ. 11123 (GEL)

**ORDER**

### ORDER DIRECTING BANK OF AMERICA TO PAY ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

**WHEREAS** Bank of America, a garnishee of assets of Defendant HANJIN SHIPPING CO. LTD. pursuant to maritime writ of attachment issued in the above-captioned maritime action; and

**WHEREAS** the parties having agreed that the funds attached at Bank of America in the amount of $242,075.82 should be paid into the Registry of the Court; and good cause having been shown for such an order;

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Bank of America shall pay the attached funds into the Registry of the Court, and Bank of America shall have discharged its obligations as garnishee in these actions upon making such payment of the attached funds into the Registry of the Court; and it is further

273445

NYDOCS1/301735.1

2

**ORDERED** that the Clerk of the Court shall deposit the attached funds in an account in which the attached funds will earn interest.

Dated: New York, New York
     April __4__, 2008

"SO ORDERED"

_/s/ Gerard E. Lynch_
Hon. Gerard E. Lynch, U.S.D.J.

273445

NYDOCS1/301735.1