LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 – Ph.
(212) 490-6070 – Fax

Attorneys for Plaintiff
VOYAGER SHIPHOLDING CORP.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
VOYAGER SHIPHOLDING CORP.,            :
                                     :    07 Civ. 11123 (GEL)
                    Plaintiff,       :
                                     :    ECF CASE
        - against -                  :
                                     :
HANJIN SHIPPING CO., LTD.,           :
                                     :
                    Defendant.       :
-------------------------------------------------------------------------X

## ORDER

And now, this __4th__ day of __April__, 2008, on the stipulation as indicated

below of counsel for Plaintiff, Voyager Shipholding Corp., Plaintiff, and counsel for

Defendant, Hanjin Shipping Co., Ltd., Defendant, to the amount of bond to be filed in the

within proceedings, pursuant to Supplemental Admiralty Rule E(5) and 28 U.S.C. §

2464, for the purpose of complying with the Court's February 13, 2007 Order directing

Plaintiff to post countersecurity on Defendant's counterclaims;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    That the amount of bonds to be filed by the Plaintiff is hereby fixed at the

sum of TWO HUNDRED FORTY TWO THOUSAND SEVENTY FIVE and/ 85/100

DOLLARS ($242,075.85); and


2.    That the bond filed by Plaintiff and provided by the surety, _International Fidelity_

_Insurance Company_ in the amount of TWO HUNDRED FORTY TWO THOUSAND

SEVENTY FIVE and/ 85/100 DOLLARS ($242,075.85) is hereby approved by the

Court;

Dated: ___April 4___, 2008

_____

United States District Judge

The parties stipulate and consent to the entry of the above Order:

The Plaintiff,
VOYAGER SHIPHOLDING CORP.

By:

Patrick F. Lennon, Esq. (PL 2162)
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050


- and -

The Defendant,
HANJIN SHIPPING CO., LTD.

By:

Michael E. Unger, Esq.
FREEHILL, HOGAN & MAHAR LLP
80 Pine Street
New York, NY 10005
(212) 425-1900