641-07/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOYAGE SHIPHOLDING CORP.

           Plaintiff,

- against -

HANJIN SHIPPING CO., LTD.

           Defendant,

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

07 Civ. 11123 (GEL)

**ORDER FOR PLACING FUNDS INTO CRIS**

Upon the application of the Defendant HANIN SHIPPING CO. LTD., by and through their attorneys, Freehill Hogan & Mahar, LLP, and upon the deposit, on or about April 14, 2008, of the sum of $242,075.82, with the Clerk of the Court by Bank of America, said deposit to abide the further order of the Court in this action, it is hereby;

**ORDERED**, that the Clerk of the Court, as soon as the business of his office allows, prepare the necessary forms to effectuate the transfer of said funds from the Registry of the Court of the Southern District of New York, to the Registry of the Court of the Southern District of Texas, for the purpose of placing said funds into the Court Registry Investment System, Interest Bearing Account; and it is further

**ORDERED**, that the Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office whenever such income becomes available for deduction from the investment so held and without further order of this Court.

273445

NYDOCS1/301734.1

2

Defendant HANJIN SHIPPING CO. LTD shall serve a signed copy of this order on the Clerk of the Court in Room 120, and on a Financial Deputy in the Cashier's Office in Room 120.

Dated: New York, New York
       April ___4___, 2008

"SO ORDERED"

_____
Hon. Gerard E. Lynch, U.S.D.J.

273445

NYDOCS1/301734.1